IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00260-MOC-DSC

| | |
|---|---|
| ANDREW BECVAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DCN HOLDINGS INC., )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for James J. Parr]" (document #9) filed November 22, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: November 22, 2021

_____
David S. Cayer
United States Magistrate Judge