UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00260-MOC-DSC

| | |
|---|---|
| **ANDREW BECVAR**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFAULT JUDGMENT AND** |
| ) | **ORDER** |
| ) | |
| **DCN HOLDINGS, INC.**, d/b/a Accounts ) | |
| Receivable, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 11).

In this case, Plaintiff alleged that Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq and the North Carolina Collection Agency Act ("NCCAA"), § 58–70. (Doc. No. 1). In particular, Plaintiff alleged that Defendant violated the FDCPA's prohibition on revealing the existence of a consumer's debts to a third party without the consumer's consent.

Defendant does not appear to have responded to Plaintiff's allegations. Defendant has not appeared or filed an answer or responsive pleading with the Court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall recover the following in damages from Defendant, plus any applicable interest:

>$1,000 in statutory damages for violations of the FDCPA
>$4,000 in statutory damages for violations of the NCCAA
>$3,507 in attorneys' fees
>$609.75 in costs

Signed: January 24, 2022

Max O. Cogburn Jr
United States District Judge